ELLEN S. BOTSFORD v. ANDREW J. MURPHY.

[See 47 Mich. 537.)

*Costs—Charge for obtaining copy of record*

The charge for obtaining a copy of the record for the printer is a proper item in taxing costs in cases at law.

Motion for retaxation of costs. Submitted and denied April 18.

*Jacob V. Rogers* for the motion.

*Padgham & Padgham* against.

---

JOSHUA B. WRIGHT v. CLERK OF THE CIRCUIT COURT FOR HURON COUNTY.

*Files of Supreme Court—Custody.*

A simple order from the Supreme Court is enough to compel a county clerk to return files which have been remitted to him by mistake. In such cases the Court retains authority over the papers, and a mandamus is not the proper remedy.

Motion for order to show cause. Submitted June 6. Decided June 9.

*Engle & Engle* for the motion.